**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>   Bradley R Lasater<br>   Melinda J Lasater<br>        Debtor(s) | Case No. 11-46323 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/15/2011.

2) The plan was confirmed on 05/21/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/02/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 05/28/2015.

6) Number of months from filing to last payment: 42.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $37,025.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,262.42 |
| Less amount refunded to debtor | $153.76 |

**NET RECEIPTS:** $16,108.66

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $631.05 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,131.05

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| ALLIED FIRST BANK | Secured | 14,876.00 | 14,875.91 | 14,875.91 | 9,997.56 | 0.00 |
| ALLIED FIRST BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLIED FIRST BANK | Unsecured | 33,954.00 | 34,158.82 | 34,158.82 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 205.00 | 266.02 | 266.02 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 2,567.00 | 2,449.00 | 2,449.00 | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 1,642.00 | 1,677.05 | 1,677.05 | 0.00 | 0.00 |
| DR ALVI | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FOOT FIRST PODIATRY | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY LABORATORY PHYS | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 878.00 | 953.17 | 953.17 | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | NA | 943.49 | 943.49 | 0.00 | 0.00 |
| HEART CARE ASSOC | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| JUST ENERGY | Unsecured | 671.00 | NA | NA | 0.00 | 0.00 |
| KANE ANESTHESIA | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| KANE COUNTY TEACHERS CU | Secured | 1,975.00 | 1,975.00 | 1,975.00 | 1,975.00 | 5.05 |
| MEDICAL BUSINESS BUREAU | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBURBAN IMAGING | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ORSINI NURSING AGENCY INC | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC ANES ASSOC LTD | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,387.00 | 2,285.02 | 2,285.02 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 887.00 | 977.98 | 977.98 | 0.00 | 0.00 |
| RANDALL MEDICAL IMAGING CENT | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN FAMILY CARE | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| SIGNATURE MEDICAL ASSOC | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| SURGICAL ASSISTANT SERVICES | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| TENDER LOVING CARE MEDICAL GF | Unsecured | 1,143.00 | NA | NA | 0.00 | 0.00 |
| TRIAD RADIOLOGY & IMAGING LTD | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| TRIAD RADIOLOGY & IMAGING LTD | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| UNITED ANESTHESIA ASSOC | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $14,875.91 | $9,997.56 | $0.00 |
| Debt Secured by Vehicle | $1,975.00 | $1,975.00 | $5.05 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,850.91** | **$11,972.56** | **$5.05** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$43,710.55** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,131.05 |
| Disbursements to Creditors | $11,977.61 |
| **TOTAL DISBURSEMENTS :** | **$16,108.66** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/30/2015                        By: /s/ Glenn Stearns
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**